COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Arnoldo Vara Torres v. The State of Texas

Appellate case number:    01-13-00300-CR

Trial court case number:  1317308

Trial court:              183rd District Court of Harris County

Appellant, Arnolda Vara Torres, has filed a "Motion for Extension of Time Within Which to file the Appellant's Brief." We deny the motion.

Torres's brief was originally due on July 12, 2013. On July 25, 2013, the Clerk of this Court notified Torres that his brief was late and required a response within 10 days. Torres responded on August 8, 2013, by filing a motion for extension of time to file his brief. We granted the motion and required Torres to file his brief by September 6, 2013. On September 25, 2013, Torres filed another motion for extension of time to file his brief, arguing that more time was necessary "[d]ue to [his counsel's] work load." We granted the motion, required Torres to file his brief by October 25, 2013, and informed him that no additional motions to extend time would be granted. Nevertheless, Torres filed a third motion for extension of time to file his brief on December 12, 2013, once again contending that an extension is necessary "[d]ue to [his counsel's] work load."

Given the procedural history of this case and in light of our previous order stating that no further extensions would be granted, we DENY Torres's motion for extension of time. *See Sandoval v. State*, No. 07-11-0136-CR, 2011 WL 6059804, at *1 n.2 (Tex. App.—Amarillo Dec. 6, 2011, no pet.) (not designated for publication) ("This Court does not consider a busy work schedule as good cause for granting a subsequent motion to extend the time to file a brief."); *Newfield v. State*, 766 S.W.2d 408, 407–09 (Tex. App.—Dallas 1989), *pet. dism'd, improvidently granted*, 817 S.W.2d 63 (Tex. Crim. App. 1991) (denying motion for extension of time to file brief when party requested extension based on counsel's workload); *Hubbard v. State*, 649 S.W.2d 167, 169 (Tex. App.—Dallas 1983, no writ) (same).

Unless this Court receives Torres's brief within ten (10) days of the date of this order, we will abate the case and order the trial court to conduct a hearing pursuant to

Texas Rule of Appellate Procedure 38.8(b).  *See* TEX. R. APP. P. 38.8(b).  We suspend the application of Texas Rule of Appellate Procedure 9.2—the mailbox rule—to this deadline to file Torres's brief, and no extensions of time will be granted.  *See* TEX. R. APP. P. 2, 9.2.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack

                              Acting individually

Date: January 23,  2014